**RECEIPT** 462891

DATE July 16, 2025

RECEIVED FROM Calvin Eriksen

ADDRESS 430 Bunker Hill Dr, Brookfield, WI 53005

_____ DOLLARS $ _____

FOR US Eastern District Court of WI    25-mj-454

N Funnell

| ACCOUNT | | | HOW PAID | | |
|---|---|---|---|---|---|
| BEGINNING BALANCE | | | CASH | | |
| AMOUNT PAID | | | CHECK | | |
| BALANCE DUE | | | MONEY ORDER | | |

BY _____

© REDIFORM® S1657N-CL